THE STATE OF OHIO, APPELLANT, *v.* WHITE, APPELLEE.

[Cite as *State v. White,* 132 Ohio St.3d 67, 2012-Ohio-1983.]

*Court of appeals' judgment vacated, and cause remanded for application of*
United States v. Jones.

(No. 2011-1754—Submitted April 4, 2012—Decided May 10, 2012.)

APPEAL from the Court of Appeals for Fairfield County,

No. 2010-CA-60, 2011-Ohio-4526.

———————————

{¶ 1} The judgment of the court of appeals is vacated, and the cause is remanded to the court of common pleas for application of *United States v. Jones,* ___ U.S. ___, 132 S.Ct. 945, 181 L.Ed.2d 911 (2012).

O'CONNOR, C.J., and LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

PFEIFER, J., dissents.

———————————

**PFEIFER, J., dissenting.**

{¶ 2} I would affirm the judgment of the court of appeals on the authority of *United States v. Jones,* ___ U.S. ___, 132 S.Ct. 945, 181 L.Ed.2d 911 (2012).

———————————

Gregg Marx, Fairfield County Prosecuting Attorney, and Jocelyn S. Kelly, Assistant Prosecuting Attorney, for appellant.

———————————